UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Immigrant Defense Project et al.,

                Plaintiffs,

-against-

United States Immigration and Customs Enforcement,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

1:20-cv-10660 (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Wednesday, March 10, 2021, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              February 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge