USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Immigrant Defense Project et al.,

                              Plaintiffs,

-against-

United States Immigration and Customs Enforcement,

                              Defendant.

1:20-cv-10660 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference held with the parties this afternoon, the Court hereby ORDERS as follows:

      1.      The parties shall continue to meet and confer to clarify and finalize the scope of Plaintiff's document requests.

      2.      On Wednesday, March 17, 2021, Defendant shall file a letter setting forth an anticipated timeline for a rolling production responsive to Plaintiff's document requests, which should include, at minimum, the dates on which Defendant anticipates that it will (a) begin production of documents from the approximately-400-page "tranche" of documents discussed during today's conference; (b) complete production of documents from that tranche; (c) complete its search for other documents responsive to Plaintiff's document requests; (d) begin a rolling production of such responsive documents; and (e) complete such rolling production.

      3.      Plaintiff shall file any responsive letter no later than Friday, March 19, 2021.

**SO ORDERED.**

2

Dated: New York, New York
March 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge