USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Immigrant Defense Project et al.,

                                      Plaintiffs,

-against-

United States Immigration and Customs Enforcement,

                                      Defendant.

1:20-cv-10660 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following review of the parties' submissions at ECF Nos. 39, 41, 43 and 45, the Court hereby ORDERS, as follows:

1. During the months of July and August 2021, Defendant shall review and process documents at a rate of 800 pages per month.

2. Beginning with the month of September 2021, Defendant shall review and process documents at a rate of 900 pages per month.

3. Defendant shall review and process documents according to the folder-based prioritization scheme set forth in Defendant's status update at ECF No. 45.

4. Beginning on August 2, 2021, and on the first day of each month thereafter (or, where the first day of the month is not a business day, on the following business day), Defendant shall (a) produce to Plaintiffs responsive documents processed during the prior month; and (b) file with the Court a status update setting forth (i) a count of document pages processed (A) since Defendants' prior status update and (B) in total; (ii) a count of document pages produced (A)

since Defendants' prior status update and (B) in total; and (iii) a count of document pages remaining to be processed.

**SO ORDERED.**

Dated: New York, New York
July 2, 2021

_____
STEWART D. AARON
United States Magistrate Judge