USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Immigrant Defense Project et al.,

                Plaintiffs,

-against-

United States Immigration and Customs Enforcement,

                Defendant.

1:20-cv-10660 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

No later than Friday, December 29, 2023, the parties shall file a stipulation and proposed order of dismissal or a joint status letter.

**SO ORDERED.**

Dated:  New York, New York
          November 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge